UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MEL THOMPSON,                :

                         :                 CIVIL ACTION NO.
         Plaintiff        :                 3:07 CV 01439 VLB

                         :

v.                         :

                         :

ANTHONY STAFFIERI, ET AL,   :                 March 25, 2008

                         :

                         :

        Defendants.     :

## MOTION TO DISMISS BY DEFENDANTS CONNECTICUT LOCAL POLITICS, LLC AND CHRISTOPHER BIGELOW

Defendants Connecticut Local Politics, LLC and Christopher Bigelow hereby move to dismiss plaintiff's claims against them in their entirety pursuant to Fed. R. Civ. P. 12 (b)(1) and Fed. R. Civ. P. 12 (b)(6). The basis for the Motion is that this Court lacks supplemental jurisdiction to hear plaintiff's claims and that plaintiff fails to state a claim upon which relief can be granted. The reasons supporting this motion are set forth in the accompanying Memorandum of Law.

Therefore, defendants Connecticut Local Politics, LLC and Christopher Bigelow respectfully request that this motion be granted and that all claims against them be dismissed in their entirety.

DEFENDANTS CONNECTICUT LOCAL
POLITICS, LLC.

CHRISTOPHER BIGELOW

By:  _____
        Christopher Bigelow, Pro Se
        25 Glendale Road
        Enfield, CT 06082
        Telephone: (860) 749-2072
        Email: chris@ctlocalpolitics.net

# CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss was served by first class U.S. Mail, postage prepaid, on the 25th day of March, 2008, to the following:

## Plaintiff

Mel Thompson
58 Marshall Lane
Derby, CT 06418

## Counsel for Anthony Staffieri, Laura Wabno & Marcy McGuire

Jeffrey E. Potter
John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Joseph T. Coppola
2 Corporate Drive, Suite 201
Trumbull, CT 06611

## Counsel for Secretary of State and Pearl Williams

Robert J. Deichert
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

## Counsel for Derby Republican Town Committee

Benjamin S. Proto, Jr. Esq.
2090 Cutspring Road
Stratford, CT 06614

## Counsel for John Doe # 2 a/k/a Derby Conservative

Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614

**Counsel for Springfield College**

Dawn D. McDonald
Mark D. Mason
Cooley, Schrair P.C.
1380 Main Street
Springfield, MA  01103


_____
Christopher Bigelow, Pro Se