UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEL THOMPSON | : | |
| v. | : | CASE NO. 3:07CV1439 (VLB) |
| ANTHONY STAFFIERI, ET AL. | : | |

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss [doc.#54] and motion to dismiss or for sanctions [doc.#87] and the plaintiff's motion for protective order [doc.#80] before the Honorable Vanessa L. Bryant, United States District Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on January 6, 2009, granting the defendant's motion to dismiss and finding as moot the plaintiff's motion for protective order and the defendant's motion to dismiss or for sanctions.

It is hereby, ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 6th day of January, 2009.

ROBERTA D. TABORA, CLERK

By: /s/ RKW
Robert K. Wood
Deputy Clerk